No. 72–1604.  HEWLETT *v.* HEWLETT, *ante,* p. 877;

No. 73–215.  FALKNER ET UX. *v.* FERGUSON, JUDGE, ET AL., *ante,* p. 806; and

No. 73–216.  FALKNER ET UX. *v.* FERGUSON, JUDGE, ET AL., *ante,* p. 806.  Motions to dispense with printing petitions for rehearing granted.  Petitions for rehearing denied.

No. 72–5082.  WOCHER *v.* LOS ANGELES CITY SCHOOL DISTRICT ET AL., 409 U. S. 1042, 1131.  Motion for leave to file second petition for rehearing denied.

No. 73–168.  DUROVIC, DBA DUGA LABORATORIES, ET AL. *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL., *ante,* p. 944.  Petition for rehearing denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

DECEMBER 10, 1973

No. 73–623.  YOUNG LORDS PARTY ET AL. *v.* SUPREME COURT OF NEW YORK, APPELLATE DIVISION, FIRST DEPARTMENT, ET AL.  Affirmed on appeal from D. C. S. D. N. Y.

No. 73–579.  STATE TAX COMMISSION OF ARIZONA ET AL. *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA.  Appeal from Sup. Ct. Ariz. dismissed for want of substantial federal question.  MR. JUSTICE POWELL took no part in the consideration or decision of this appeal.